Name: Rey J. Soto-Lopez
Prison Number: 437160
Place of confinement: Anchorage Correctional Complex West
Mailing address: 1300 E 4TH AVE
City, State, Zip: Anchorage, AK 99501
Telephone:

RECEIVED
MAR 18 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Rey J. Soto-Lopez,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Eileen Farrar,

Howard, Trevor,

ASAP Towing Inc, Beck Ira,
(Enter full names of defendant(s) in this action. Do NOT use *et al.*)

Defendant(s).

Case No. 3:21-CV-00061-JMK
(To be supplied by Court)

**PRISONER'S COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. **Plaintiff**: This complaint alleges that the civil rights of REY J. SOTO LOPEZ,
(print your name)
who presently resides at Anchorage Correctional Complex,
(mailing address or place of confinement)
were violated by the actions of the individual(s) named below.

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __EILEEN Farrer__ is a citizen of
(name)
__ALASKA__, and is employed as a __Parole/Probation officer__.
(state)                                          (defendant's government position/title)

__✓__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__✓__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __A  HOWARD, TREVOR__ is a citizen of
(name)
__ALASKA__, and is employed as a __ALASKA STATE trooper__.
(state)                                          (defendant's government position/title)

__✓__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __ASAP TOWING & TRAPPER__ is a citizen of
(name)
__ALASKA__, and is employed as a __TOW TRUCK driver   ASAP Towing. INK__
(state)                                          (defendant's government position/title)   __SOLDOWNA__

__✓__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about __3.24.19__, my civil right to __Due Process, Freedom From unreasonable searches and Seizures__ (Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.) was violated by __Eileen Farrar, AST Howard, Trevor, ASAD rowing Irabezr__ (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

(SEE COMPLAINT) ATTACHMENT 5A

R.O Eileen Farrer

Claim 2: On or about 3.24.19 (Date), my civil right to 4th Ammendment and 14th Due Process of Law
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by Eileen Farrar, Howard, Trevor, ASAP Dwing Beck, Jr
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

See Supplement Attachment

Complaint. 5B AST Howard, Trevor

Claim 3: On or about 3.24.19 , my civil right to 4TH and 14TH Ammened (Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by AST HOWARD, TREVOR and ASAP TOWING BECK, INA
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

SEE Supplement Attachment Complaint. 5 C ASAP TOWING BECK, INA

### D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same** facts involved in this action, **or otherwise relating to your imprisonment**? _____ Yes __✓__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____ Yes __✓__ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** ____ Yes __✓__ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

_____

F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _____ SEE ATTACHMENT " Amount Entitled too.

2. Punitive damages in the amount of $ _____

3. An order requiring defendant(s) to _____

4. A declaration that _____

5. Other: _____

Plaintiff demands a trial by jury. ___✓___ Yes _____ No

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at __ANCHORAGE__ on __3/2/21__
           (Location)               (Date)

__[signature]__
(Plaintiff's Signature)

_____
Original Signature of Attorney (if any)     (Date)

Attorney's Address and Telephone Number

**State of Alaska**
**NOTARY PUBLIC**
**John M. Medlock**
My Commission Expires With Office

Prisoner § 1983 - 8
PS01, Nov. 2013

REY J. SOTO-LOPEZ 437160
ANCHORAGE CORRECTIONAL COMPLEX WBT
1300 EAST 4TH Ave
ANCHORAGE, AK, 99501

CERTIFIED MAIL™

9207 1901 6051 2000 0000 0289 82

UNITED STATES DISTRICT COU
C/O CLERKS OFFICE
222 W 7TH AVE STA 4
ANCHORAGE AK 99513

03/16/2021
US POSTAGE $006.80
ZIP 99501
041L11253886

Court Clerk
United States District Court
222 W. 7TH Ave, Box 4
Anchorage, Alaska, 99513