# UNITED STATES DISTRICT COURT

for the

District of Alaska

| | | |
|---|---|---|
| REY J. SOTO-LOPEZ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:21-cv-00061-JMK |
| | ) | |
| EILEEN FARAR, TREVOR HOWARD, ASAP | ) | |
| TOWING, INC., IRA BECK | ) | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this case is dismissed for failure to state a claim under 28 U.S.C. § 1915 (e)(2)(B).

APPROVED:

**s/Joshua M. Kindred**
Joshua M. Kindred
United States District Judge

Date: April 30, 2021

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

**Brian D. Karth**
Brian D. Karth
Clerk of Court